UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 26 2014


******************************************************************

|  |  |  |
|---|---|---|
| KRISTINA ALLEN, Individually, | * | CIV 13-4039 |
| Plaintiff, | * |  |
| vs. | * | JUDGMENT OF DISMISSAL |
| THOMPSON PROPERTIES, LLC., d/b/a Mint Casino, | * |  |
| Defendant. | * |  |

******************************************************************

Based upon the Stipulated Motion to Dismiss, Doc. 14, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 26th day of March, 2014.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
         DEPUTY